AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-03513-HG

# PROOF OF SERVICE

## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   GEICO

was received by me on *(date)*          06/22/2022          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Fernando Tacahashi, Security          , who is

designated by law to accept service of process on behalf of *(name of organization)*   GEICO

_____ on *(date)*     06/24/2022     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $     65.00     for travel and $ _____ for services, for a total of $     65.00     .

I declare under penalty of perjury that this information is true.

Date:   6/29/22

_____
*Server's signature*

Brendan Long, Process Server
*Printed name and title*

Island Process Service, Inc.
1614 5th Ave, Bay Shore, NY 11706
*Server's address*

Additional information regarding attempted service, etc:
Description: Male, tan skin, black hair, 30, 6'0", 130 lbs.

Print          Save As...          Reset